**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **OHIO FARMERS INSURANCE** ) | |
| **COMPANY** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **SPECIAL COATINGS, LLC** ) | |
| ) | |
| **Defendant** ) | |
| ) | **No. 3:07-1224** |
| **and** ) | **JUDGE ECHOLS** |
| ) | |
| **MILLARD JOEL GODWIN and** ) | |
| **MARILYN K. GODWIN** ) | |
| ) | |
| **Defendants/Third Party Plaintiffs** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **WILLIAM CODY RUSSELL,** ) | |
| **WILLIAM C. RIDENOUR,** ) | |
| **WILLIAM MORRISON, and** ) | |
| **MORRISON & FUSON INSURANCE** ) | |
| **AGENCY, INC.,** ) | |
| ) | |
| **Third Party Defendants.** ) | |

## ORDER

On August 13, 2009, Third-Party Defendant Morrison & Fuson Insurance Agency, Inc. filed

a Suggestion of Death (Docket Entry No. 140), reporting the May 30, 2009 death of Defendant

Millard Joel Godwin.   Marilynn K. Godwin's Motion For Substitution (Docket Entry No. 145) is

1

hereby GRANTED. Marilynn K. Godwin, Executrix of the Estate of Millard Joel Godwin, is hereby

substituted for Millard Joel Godwin, deceased, under Federal Rule of Civil Procedure 25(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

2