| | |
|---|---|
| OHIO FARMERS INSURANCE COMPANY | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | )<br>) |
| SPECIAL COATINGS, LLC | )<br>) |
| Defendant | )<br>) No. 3:07-1224 |
| and | ) JUDGE ECHOLS<br>) |
| MILLARD JOEL GODWIN and MARILYNN K. GODWIN | )<br>)<br>) |
| Defendants/Third Party Plaintiffs | )<br>) |
| v. | )<br>) |
| WILLIAM CODY RUSSELL, WILLIAM C. RIDENOUR, WILLIAM MORRISON, and MORRISON & FUSON INSURANCE AGENCY, INC., | )<br>)<br>)<br>)<br>) |
| Third Party Defendants | ) |

*[Handwritten annotation: GRANTED. This motion is GRANTED. [signature] 9-1-10]*

### PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO RESPONSE IN OPPOSITION TO PLAINTIFF'S POST-JUDGMENT MOTION FOR ISSUANCE OF WRIT OF ATTACHMENT AND POST-JUDGMENT MOTION TO SUBJECT PROPERTY TO EXECUTION

Comes the Plaintiff, Ohio Farmers Insurance Company ("Ohio Farmers"), by counsel, pursuant to LR 7.01(b) and hereby moves for leave to file a Reply to Defendant Marilynn K. Godwin's Response in Opposition to Plaintiff's Post-Judgment Motion for Issuance of Writ of Attachment and Post-Judgment Motion to Subject Property to Execution (Document 159). In support of its motion, Ohio Farmers states that the